## Commonwealth *v.* Hobson, Appellant.

Submitted December 6, 1974. *David Cohen, Harry Lore,* and *Cohen and Lore,* for appellant; *Frank X. Froncek, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Holmes, Appellant.

Submitted March 10, 1975. *David W. Stitely,* Assistant Public Defender, and *John H. Chronister,* Public Defender, for appellant; *Joel Sechrist* and *Morrison B. Williams,* Assistant District Attorneys, and *Donald␣L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.